UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JUIVONNE LITTLEJOHN,

    Plaintiff,

v.                                            Case No. 2:11-cv-220
                                                HON. R. ALLAN EDGAR

LAURA HEINRITZ, et al,

    Defendants.
_____/

## MEMORANDUM AND ORDER

    Plaintiff Juivonne Littlejohn, a Michigan state prisoner in the custody of the Michigan Department of Corrections (MDOC), brings this *pro se* federal civil rights action under 42 U.S.C. § 1983.  Plaintiff filed a motion for a preliminary injunction under Fed. R. Civ. P. 65. [Court Doc. No. 45].  On August 24, 2012, Magistrate Judge Timothy P. Greeley submitted his report and recommendation that the motion be denied. [Court Doc. No. 61].  Plaintiff has not timely filed any objections.  After reviewing the record, the Court accepts and adopts the report and recommendation pursuant to 28 U.S.C. § 636(b)(1).  The plaintiff's motion for a preliminary injunction under Fed. R. Civ. P. 65 [Court Doc. No. 45] is DENIED.

    SO ORDERED.

    Date:  September 17, 2012.

                                                    */s/ R. Allan Edgar*
                                                    R. ALLAN EDGAR
                                             UNITED STATES DISTRICT JUDGE